**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | | |
|---|---|---|
| In re:<br><br>TANTUM COMPANIES, LLC,<br><br>　　　　Debtor. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Chapter 11<br><br>Case No. 23-30407 (LTB)<br><br>(Jointly Administered) |
| JASON M. TORF, Liquidating Trustee for TANTUM COMPANIES, LLC,<br><br>　　　　Plaintiff,<br>v.<br><br>SYSCO CORPORATION; SYSCO CHARLOTTE, LLC; SYSCO JACKSON, LLC; SYSCO MEMPHIS, LLC; and SYSCO NASHVILLE, LLC,<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Adv. Pro. No. 25-03048 (LTB) |

**SYSCO'S ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES**

COMES NOW, Sysco Corporation, Sysco Charlotte, LLC, Sysco Jackson, LLC, Sysco Memphis LLC, and Sysco Memphis, LLC (collectively, "**Sysco**" or the "**Defendants**" and each a "**Defendant**"), by and through their undersigned counsel, and files this their *Original Answer and Affirmative Defenses* (the "**Answer**") to the *Complaint for Avoidance and Recovery of Preferential Transfers* (the "**Complaint**")[1] filed by Jason M. Torf (the "**Trustee**"), solely in his capacity as the liquidating trustee of Tantum Companies, LLC (the "**Debtor**"). Sysco denies each and every allegation contained in the Complaint except as hereinafter stated, qualified, or admitted. Without

---

[1] Capitalized terms not otherwise defined herein shall have the meaning attributed to them in the Complaint.

waiving any other defense, Sysco responds to the allegations of the Complaint paragraphs by corresponding paragraphs as follows:

The introductory paragraph of the Complaint purports to be a summary of the relief sought by Plaintiff to which no response is required. To the extent that a response is required, Defendants deny that Plaintiff is entitled to the relief sought in the Complaint.

## THE PARTIES

1. Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of the statement in this paragraph and, therefore, deny it.

2. Defendants admit the statements presented in Paragraph 2.

3. Defendants admit the statements presented in Paragraph 3.

4. Defendants admit the statements presented in Paragraph 4.

5. Defendants admit the statements presented in Paragraph 5.

6. Defendants admit the statements presented in Paragraph 6.

7. This paragraph of the Complaint asserts a collective definition of the "Defendants" to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, the Defendants deny each and every allegation in such paragraph.

## JURISDICTION AND VENUE

8. This paragraph of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, each Defendant denies each and every allegation in such paragraph. Further, and without admitting any of the averments contained in this paragraph, the Defendants state that, to the extent the within action is determined

to be a non-core proceeding, the Defendants do not consent to the entry of final orders and judgment by this Court.

9. This paragraph of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, each Defendant denies each and every allegation in such paragraph.

10. This paragraph of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, each Defendant denies each and every allegation in such paragraph.

11. This paragraph of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, the Defendant denies each and every allegation in such paragraph.

12. This paragraph of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, the Defendant denies each and every allegation in such paragraph.

## FACTS

### Background Facts Regarding the Debtor and the Chapter 11 Case

13. Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of the statement in this paragraph and, therefore deny it.

14. Defendants admit the statements presented in Paragraph 14.

15. Defendants admit the statements presented in Paragraph 15.

16. This paragraph of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, the Defendants deny each and every allegation in such paragraph.

17. This paragraph of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, the Defendants deny each and every allegation in such paragraph.

18. Defendants admit the statements presented in Paragraph 18.

19. Defendants admit the statements presented in Paragraph 19.

**The Preferential Payments to the Defendants**

20. Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of the statement in this paragraph and, therefore deny it.

21. Defendants admit the statements presented in Paragraph 21.

22. This paragraph of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, the Defendants deny each and every allegation in such paragraph. Further, to the extent Paragraph 22 asserts the accuracy or completeness of the Debtors' books and records, Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of the statement in this paragraph and, therefore, deny it.

23. This paragraph of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, the Defendants deny each and every allegation in such paragraph. Further, to the extent Paragraph 23 asserts the accuracy or completeness of the Debtors' books and records, Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of the statement in this paragraph and, therefore, deny it.

**FIRST CLAIM FOR RELIEF**
(Preference – 11 U.S.C. § 547)

24. Defendants incorporate by reference their responses to the allegations contained in the foregoing paragraphs of the Complaint as if fully rewritten herein.

25. This paragraph of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, the Defendants deny each and every allegation in such paragraph.

26. This paragraph of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, the Defendants deny each and every allegation in such paragraph.

27. This paragraph of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, the Defendants deny each and every allegation in such paragraph.

28. This paragraph of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, the Defendants deny each and every allegation in such paragraph.

29. This paragraph of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, the Defendants deny each and every allegation in such paragraph.

30. This paragraph of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, the Defendants deny each and every allegation in such paragraph.

31. This paragraph of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, the Defendants deny each and every allegation in such paragraph.

32. This paragraph of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, the Defendants deny each and every allegation in such paragraph.

33. This paragraph of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil

Procedure, as applicable. To the extent that a response is deemed required, the Defendants deny each and every allegation in such paragraph.

## SECOND CLAIM FOR RELIEF
(Recovery of Property – 11 U.S.C. § 550)

34. Defendants incorporate by reference their responses to the allegations contained in the foregoing paragraphs of the Complaint as if fully rewritten herein.

35. This paragraph of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, the Defendants deny each and every allegation in such paragraph.

36. This paragraph of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, the Defendants deny each and every allegation in such paragraph.

37. This paragraph of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, the Defendants deny each and every allegation in such paragraph.

38. This paragraph of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, the Defendants deny each and every allegation in such paragraph.

## THIRD CLAIM FOR RELIEF
(Claim Block – 11 U.S.C. § 502(d))

39. Defendants incorporate by reference their responses to the allegations contained in the foregoing paragraphs of the Complaint as if fully rewritten herein.

40. This paragraph of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, the Defendants deny each and every allegation in such paragraph.

41. This paragraph of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, the Defendants deny each and every allegation in such paragraph.

42. This paragraph of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, the Defendants deny each and every allegation in such paragraph.

43. This paragraph of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, the Defendants deny each and every allegation in such paragraph.

**Reservation of Rights**

44. The reservation of rights paragraph of the Complaint purports to reserve the Trustee's right to amend the Complaint to which no response is required. To the extent that a response is deemed required, the Defendants deny each and every allegation in such paragraph.

**DENIAL OF ALL ALLEGATIONS NOT EXPRESSLY ADMITTED**

Defendants deny all allegations contained in the Complaint that are not expressly admitted above.

**FIRST AFFIRMATIVE DEFENSE**

The Complaint fails to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

To the extent that the Defendants received payments, the payments are not avoidable because of Defendants' "contemporaneous exchange for new value" defense under section 547(c)(1) of the Bankruptcy Code.

**THIRD AFFIRMATIVE DEFENSE**

To the extent that the Defendants received payments, the payments are not avoidable because of Defendants' "ordinary course of business" defense under section 547(c)(2) of the Bankruptcy Code.

**FOURTH AFFIRMATIVE DEFENSE**

To the extent that the Defendants received payments, the payments are not avoidable because of Defendants' "subsequent new value" defense under section 547(c)(4) of the Bankruptcy Code.

**FIFTH AFFIRMATIVE DEFENSE**

To the extent that the Defendants received payments, Defendants reserve all rights of setoff and recoupment, including without limitation, any prepetition and post-petition goods and services provided to the Debtor for which payment has not been made or for any distributions owing to Defendants.

**SIXTH AFFIRMATIVE DEFENSE**

To the extent that the Defendants received payments, the payments were received in exchange for value, in good faith, and without knowledge of any voidability.

**SEVENTH AFFIRMATIVE DEFENSE**

To the extent that the Defendants received payments, the payments were received by Defendants in good faith and in exchange for fair consideration and value given, including the full or partial satisfaction of a present or antecedent debt, and without the knowledge or intent to hinder, delay, or otherwise create a voidable transfer.

**EIGHTH AFFIRMATIVE DEFENSE**

Defendants reserve the right to assert additional defenses based upon further investigation or discovery.

WHEREFORE, Defendants respectfully request that this Court (i) enter judgment in Defendants' favor, (ii) award attorneys' fees and costs to Defendants, and (iii) grant such other and further relief to Defendants as is appropriate

Dated: July 21, 2025                    Respectfully submitted,

**NORTHEN BLUE LLP**

/s/ *John A. Northen*
John A. Northen, (NCSB #6789)
NORTHEN BLUE, LLP
jan@nbfirm.com
1414 Raleigh Road, Suite 435
Chapel Hill, NC 27517
Telephone No. (919) 948-6823

-and-

**REED SMITH LLP**

/s/ *Keith M. Aurzada*
Keith M. Aurzada (Tex. Bar No. 24009880)*
Dylan T.F. Ross (Tex. Bar No. 24104435)*

REED SMITH LLP
2850 N. Harwood Street, Suite 1500
Dallas, Texas 75201
T: 469.680.4200
F: 469.680.4299
kaurzada@reedsmith.com
dylan.ross@reedsmith.com
\* *motion for admission pro hac vice pending*

*Counsel for Sysco*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this adversary proceeding on July 21, 2025:

Caleb Brown and
Andrew T. Houston

*Counsel for Jason M. Torf, Liquidating Trustee*

*/s/ John A. Northen*
John A. Northen

11